# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MAHONEY,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 20-3929** |
| **MARCUS THEATER CORP.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of February, 2021, in accordance with this Court's order dated December 29, 2020 (ECF 9), and no further communication having been received from the parties, it is hereby **ORDERED** that this case is **DISMISSED** with prejudice.

This case is marked **CLOSED.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**